**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7418**

TORRICK JOHNTRELLE RODGERS,

        Plaintiff - Appellant,

    v.

WASTE INDUSTRIES INCORPORATION,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Louise W. Flanagan, District Judge. (4:12-cv-00294-FL)

Submitted: January 22, 2014      Decided: January 31, 2014

Before SHEDD, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Torrick Johntrelle Rodgers, Appellant Pro Se. Tobias Samuel Hampson, Paul J. Puryear, Jr., WYRICK, ROBBINS, YATES & PONTON, LLP, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Torrick Johntrelle Rodgers appeals the district court's order accepting the recommendation of the magistrate judge and granting the Defendant's motion to dismiss his civil complaint under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Rodgers v. Waste Indus. Inc., No. 4:12-cv-00294-FL (E.D.N.C. Aug. 22, 2013). We deny Rodgers's motion to present newly discovered evidence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED